STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. LOUIS RUGGIERO, DEFENDANT-APPELLANT.

Submitted October 21, 1957—Decided November 12, 1957.

*Mr. Louis Ruggiero, in propria persona,* for the appellant.

*Mr. Vincent P. Keuper* and *Mr. Solomon Lautman,* for the respondent.

Per Curiam. The judgment is affirmed for the reasons expressed in the opinion of Judge Jayne in the court below.

*For affirmance*—Chief Justice Weintraub, and Justices Heher, Wachenfeld, Burling, Jacobs and Proctor—6.

*For reversal*—None.